P.M. SERVICES, INC. *v.* VOLVO GMC HEAVY
TRUCK CORPORATION ET AL.
(11620)

DALY, O'CONNELL and LANDAU, Js.

Argued April 28—decision released May 18, 1993

*Arthur D. Machado,* with whom, on the brief, was *Dawn N. Turner,* for the appellant (plaintiff).

*James H. Rotondo,* with whom, on the brief, was *Elena M. Gervino,* for the appellee (named defendant).

PER CURIAM. The judgment is affirmed.